IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**AMBER BURNS-BOLTON**                                                        **PLAINTIFF**

**V.**                                **CASE NO. 5:20-CV-5127**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## JUDGMENT

For the reasons set forth in the Court's Order issued this date, **IT IS HEREBY ORDERED AND ADJUDGED** that the case is **REMANDED to the Commissioner** for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 22nd day of February, 2022.

                                                   */s/ Timothy L. Brooks*
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE